IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHARLES R. CAMPBELL,

      Appellant,

v.

MARY E. CAMPBELL,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2024

_____/

Opinion filed August 8, 2017.

An appeal from the Circuit Court for Duval County.
Steven M. Fahlgren, Judge.

Charles R. Campbell, pro se, Appellant.

William S. Graessle and Jonathan W. Graessle of William S. Graessle, P.A., Jacksonville, for Appellee.

PER CURIAM.

      AFFIRMED.

ROWE, OSTERHAUS, and WINOKUR, JJ., CONCUR.